| | | | |
|---|---|---|---|
| Com. v. Figuereo–Martinez ............ | 811 EDA 2016<br>Affirmed | 01/19/2017 | CP–48–CR–0001884–2015<br>(Northampton) |
| Com. v. Birdwell [22] ................... | 1059 EDA 2016<br>Affirmed | 01/19/2017 | CP–39–CR–0001070–1995<br>CP–39–CR–0002580–1995<br>(Lehigh) |
| Com. v. Jones [23] ...................... | 1234 EDA 2016<br>Affirmed | 01/19/2017 | CP–51–CR–0205431–2002<br>(Philadelphia) |
| In the Interest of: M.A.B.–K. ........... | 1686 EDA 2016<br>Affirmed | 01/19/2017 | CP–51–AP–000688–2015<br>CP–51–DP–0001460–2014<br>FID: 51–FN–001454–2014<br>(Philadelphia) |
| In the Interest of: A.M.B.K. ............ | 1687 EDA 2016<br>Affirmed | 01/19/2017 | CP–51–AP–0000679–2015<br>CP–51–DP–0001461–2014<br>FID: 51–FN–001454–2014<br>(Philadelphia) |
| In the Interest of: A.–B.I.K. ............ | 1688 EDA 2016<br>Affirmed | 01/19/2017 | CP–51–AP–0000687–2015<br>CP–51–DP–0001458–2014<br>FID: 51–FN–001454–2014<br>(Philadelphia) |
| In the Interest of: U.I.K. .............. | 1689 EDA 2016<br>Affirmed | 01/19/2017 | CP–51–AP–0000684–2015<br>CP–51–DP–0001462–2014<br>FID: 51–FN–001454–2014<br>(Philadelphia) |
| In the Interest of: T.I.K. .............. | 1690 EDA 2016<br>Affirmed | 01/19/2017 | 51–FN–001454–2014<br>CP–51–AP–0000683–2015<br>CP–51–DP–0001450–2014<br>(Philadelphia) |
| In the Interest of: Z.B.K. .............. | 1691 EDA 2016<br>Affirmed | 01/19/2017 | CP–51–AP–0000682–2015<br>CP–51–DP–0001464–2014<br>FID: 51–FN–001454–2014<br>(Philadelphia) |

22. Petition for reargument denied March 23, 2017.
23. Petition for reargument denied March 31, 2017.